IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RONALD W. WHITNEY<br>a/k/a Jajuam Turner<br><br>Defendant. | CASE NO. 2:20-CR-29<br><br>JUDGE Marbley<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)<br>FORFEITURE ALLEGAITON |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Felon in Possession of a Firearm)

On or about November 14, 2017, in the Southern District of Ohio, the defendant, **RONALD W. WHITNEY,** knowing that he had been convicted of one or more of the following crimes, punishable by imprisonment for terms exceeding one year: on or about March 1, 2006, in the Franklin County Court of Common Pleas, Possession of Crack Cocaine (F4), in case number 03CR-06-4252; on or about March 1, 2006, in the Franklin County Court of Common Pleas, Theft (F4), in case number 06CR-01-230; did knowingly possess, in or affecting interstate commerce, a firearm, specifically a Glock model 27, 40 S&W, serial number CTW448US.

In violation of 18 U.S.C. §§922(g)(1) and 924(a).

1

## COUNT TWO
### (Felon in Possession of a Firearm)

On or about April 26, 2018, in the Southern District of Ohio, the defendant, **RONALD W. WHITNEY**, knowing that he had been convicted of one or more of the following crimes, punishable by imprisonment for terms exceeding one year: on or about March 1, 2006, in the Franklin County Court of Common Pleas, Possession of Crack Cocaine (F4), in case number 03CR-06-4252; on or about March 1, 2006, in the Franklin County Court of Common Pleas, Theft (F4), in case number 06CR-01-230; did knowingly possess, in or affecting interstate commerce, a firearm, specifically a Bul, model Cherokee, 9mm, serial number LGC10776.

In violation of 18 U.S.C. §§922(g)(1) and 924(a).

## FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this Indictment are re-alleged and fully incorporated by reference herein for the purpose of alleging forfeitures to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense alleged in Count One of the Indictment, the defendant, **RONALD W. WHITNEY,** shall forfeit to the United States, under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such violation, including but not limited to the following: One Glock, Model 27, bearing serial number CTW448WUS, and all associated ammunition.

Upon conviction of the offense alleged in Count Two of the Indictment, the defendant, **RONALD W. WHITNEY,** shall forfeit to the United States, under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such violation, including but not limited to the following: One Bul, model Cherokee, bearing serial number LGC10776, and all associated ammunition.

Forfeiture in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Foreperson
FOREPERSON

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

KEVIN W. KELLEY
Assistant United States Attorney

ELIZABETH GERAGHTY
Assistant United States Attorney

3